# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **TAMIKA JACKSON,**                                       **CASE NO. 99-00630-ee**

        *Debtor.*                                                      **CHAPTER 7**

**To:**     **Brian J. Dilks, Managing Member**
          **Dilks & Knopik, LLC**
          **35308 SE Center St.**
          **Snoqualmie, WA 98065-9216**

**cc:**     **Tamika Jackson-Nelson**

## Notice of Deficiency

Notice is hereby given that the *Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 USC Sect. 347 and 28 USC Sect 2041 Et. Seq.* (the "Application") (Dkt. #118) filed by you on behalf of Tamika Nelson f/k/a Tamika Jackson (the "Claimant") is defective for the following reason:

- Supporting documentation does not provide a telephone number for the claimant.

You are further notified, that failure to cure the above deficiency on or before **November 26, 2014** may result in the application being denied without further notice.

Date: November 4, 2014                               Danny L. Miller, *Clerk of Court*

                                                            By: /s/Collette Derouen
                                                                 Chief Deputy
                                                                 Dan M. Russell, Jr. U.S. Courthouse
                                                                 2012 15th Street, Suite 244
                                                                 Gulfport, MS 39501
                                                                 228-563-1793